UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**FILED**
JUN 3 0 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| BRIDGETTE TARA NEAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIDGETTE TARA NEAL SOCIAL ) <br> SECURITY TRUST, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 14-1105 |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed as frivolous.

The plaintiff posits that the United States Company Corporation created trusts, the Bridgette Tara Neal Social Security Trust and Bridgette Tara Neal Cestui Que Trust, of which she is the beneficiary. *See* Compl. at 1; *see id.* at 6 (page numbers designated by the Court). She further alleges that the defendants have "acquired stocks & bonds" and otherwise have "benefit[ed] from monetary gain, off the Fictitious Corporation, known as BRIDGETTE TARA NEAL and the labor of Bridgette Tara Neal." *Id.* (emphasis in original). The plaintiff now declares these "trusts to be permanently voided, dissolved, and collapsed," *id.* at 11, and demands that "[a]ll assets . . . be transferred to the direct and total control of the Living Individual, Bridgette Tara Neal, as the Creator/Trustor/Executor/Beneficiary/Title Holder and Title Owner" of the trust, *id.* at 17.

The complaint is replete with baseless factual contentions and references to statutes having no apparent relevance to the claim the plaintiff purportedly raises. The Court concludes, therefore, that this action must be dismissed. *See Neitzke v. Williams*, 490 U.S. 319, 327 (1989) (noting judges' authority not only "to dismiss a claim based on an indisputably meritless legal theory, but also . . . to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless"). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6-26-14

/s/ J. Boasberg
United States District Judge